**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6599**

TERRY DOUGLAS CAMPBELL,

　　　　　Plaintiff - Appellant,

　　　v.

CHUCK WRIGHT, Sheriff; NEIL URCH, Deputy; J. HUDSON, Deputy;
J. PARRIS, Deputy; NURSE JANE DOE; CHIEF PARRIS, a/k/a Moe
Poe; MICHAEL SEAN NIX, a/k/a Po Poe; DR. SAL BIANCO, a/k/a
John Doe,

　　　　　Defendants – Appellees,

　　　and

THE MUNICIPALITY OF SPARTANBURG COUNTY; D. GREENE; T. CAMP,

　　　　　Defendants.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.　Bruce H. Hendricks, District
Judge. (6:14-cv-01832-BHH)

Submitted: August 31, 2015　　　Decided: September 23, 2015

Before KING, SHEDD, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Terry Douglas Campbell, Appellant Pro Se.  Amy Miller Snyder, CLARKSON WALSH TERRELL & COULTER, PA, Greenville, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry Douglas Campbell appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Campbell v. Wright, No. 6:14-cv-01832-BHH (D.S.C. Mar. 25, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED